DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANGEL RAMOS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1091

_____

October 1, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

J. Andrew Crawford of J. Andrew Crawford, P.A., St. Petersburg, for Appellant.

PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.